IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KOWA COMPANY, LTD., KOWA PHARMACEUTICALS AMERICA, INC., and NISSAN CHEMICAL INDUSTRIES, LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 14-978-SLR |
| SAWAI USA, INC. and SAWAI PHARMACEUTICAL CO., LTD., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 16th day of January, 2015, there being no activity in the above captioned case since it was filed on July 24, 2014;

IT IS ORDERED that, on or before **February 17, 2015**, plaintiffs shall submit a status report.

_____
United States District Judge