

DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Denise S. Kraft
denise.kraft@dlapiper.com
T  302.468.5645
F  302.778.7917

February 18, 2015
*VIA* CMECF

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King St.
Room 4124, Unit 31
Wilmington, DE 19801-3568

Re:  ***Kowa Company, Ltd., et al. v. Sawai USA, Inc., et al.*, C.A. No. 14-978-SLR**
     **Status Report**

Dear Judge Robinson:

Pursuant to the Court's Order of January 16, 2015 (D.I. 6), Plaintiffs Kowa Company, Ltd., Kowa Pharmaceuticals America, Inc., and Nissan Chemical Industries, Ltd. (collectively "Plaintiffs") hereby respectfully submit this status report.

On July 24, 2014, Plaintiffs filed a patent infringement complaint against Defendants Sawai USA, Inc. and Sawai Pharmaceutical Co., Ltd.. (collectively "Defendants") in this Court, C.A. No. 14-978-SLR (the "Delaware Litigation"). The Delaware Litigation is parallel litigation to an action filed in the Southern District of New York, C.A. No. 14-5575-PAC (the "New York Litigation"). In the New York Litigation, the Complaint has been served, and the litigation is progressing in that forum. In the Delaware Litigation, Plaintiffs have not served the Complaint on the Defendants.

In light of the status of the New York Litigation, the Plaintiffs do not intend to serve the Delaware Litigation Complaint, as it has become clear that that will not be necessary, as the action pending in the Southern District of New York is proceeding before that court. Accordingly, Plaintiffs respectfully submit that an administrative action closing and/or dismissing the Delaware Litigation without prejudice is appropriate here.

Plaintiffs' counsel is available at the Court's convenience should the Court have any questions or if further information would be of assistance.

Respectfully submitted,

**DLA Piper LLP (US)**

 */s/ Denise S. Kraft*

Denise S. Kraft (DE No. 2778)
Partner

EAST\95506588.1