IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOWA COMPANY, LTD., KOWA PHARMACEUTICALS AMERICA, INC., and NISSAN CHEMICAL INDUSTRIES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SAWAI USA, INC. and SAWAI PHARMACEUTICAL CO., LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civ. No. 14-978-SLR ) ) ) ) ) ) |

# ORDER

At Wilmington this 19th day of February, 2015, plaintiffs having responded to the court's order for status report by stating that the above case should be closed;

IT IS ORDERED that the above captioned case is dismissed without prejudice.

_____
United States District Judge